LEWIS, Respondent, v. BROOKLYN CITY CO–OP. BUILDING & LOAN ASS'N, Appellant. (Supreme Court, Appellate Division, Sec-

ond Department. April 18, 1902. Action by Thomas F. Lewis against the Brooklyn City Co-operative Building & Loan Association.

PER CURIAM. Judgment affirmed, with costs.

WOODWARD, J., dissents.